SOUTH TEXAS MORTGAGE CO. v. ERWIN. (No. 5339.)

(Court of Civil Appeals of Texas. Austin. March 11, 1914.)

Appeal from District Court, Bell County; John D. Robinson, Judge.

Action between the South Texas Mortgage Company and J. R. Erwin. From a judgment in favor of Erwin, the Company appeals. Reversed and rendered.

M. E. Monteith, of Belton, and A. M. John and J. W. Lockett, both of Houston, for appellant. John B. Daniel, of Temple, for appellee.

JENKINS, J. This is a companion case to No. 5273, South Texas Mortgage Company v. Coe, 166 S. W. 419, this day decided by this court. For the reasons stated in said opinion, the judgment of the trial court in this case is reversed, and judgment is here rendered for appellant.

Reversed and rendered.